UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAWN SINGLETARY )<br>       Plaintiffs, )<br> )<br>v. )<br> )<br>INTERNAL REVENUE SERVICE, )<br>THE STATE OF NORTH CAROLINA, )<br>HOKE COUNTY )<br>       Defendants ) | **JUDGMENT**<br>No. 5:17-CV-231-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 30, 2018, and Copies To:**
Shawn Singetary (via U.S. Mail) 319 Woodbery Circle, Raeford, NC 28376.

January 30, 2018                    PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk